```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BMW BANK OF NORTH AMERICA,<br>INC., et al.,<br><br>    Defendants. | Civil No. 13-4595 (NLH/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on April 15, 2014; and the Court noting the following appearances: Jonathan B. Piper, Esquire, appearing on behalf of the plaintiff; and Raymond A. Garcia, Esquire, and Robert Smith, Esquire, appearing on behalf of defendants.

IT IS this **16th** day of **April, 2014**, hereby **ORDERED**:

1. By **June 16, 2014**, plaintiff shall serve its supplemental responses to defendants' written discovery, including contention interrogatories.

2. Pretrial factual discovery is hereby extended to **June 30, 2014**.

3. Plaintiff's Motion for Class Certification shall be filed by **July 31, 2014**.

4. The parties have advised the Court that they do not presently intend to name trial experts.

5. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 31, 2014**, in accordance with the applicable Federal and Local Rules of Civil Procedure.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

```
                            s/ Joel Schneider
                            JOEL SCHNEIDER
                            United States Magistrate Judge
```