IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW BANK OF NORTH AMERICA, INC., et al.,<br><br>        Defendants. | Civil No. 13-4595 (NLH/JS) |

### AMENDED SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel during the telephone status conference on October 9, 2014; and the Court noting the following appearances: Jonathan B. Piper, Esquire, appearing on behalf of the plaintiff; and Ryan L. DiClemente, Esquire, Raymond A. Garcia, Esquire, Robert Smith, Esquire, and B. Hayes, Esquire, appearing on behalf of defendants.

      IT IS this **9th** day of **October, 2014**, hereby **ORDERED**:

      1. By **January 15, 2015**, plaintiff's Motion for Class Certification shall be filed along with all motions for summary judgment. This deadline will not be extended except upon presentation of a motion with a demonstration that manifest injustice will result if the motion is not granted.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                           s/ Joel Schneider
                                           JOEL SCHNEIDER
                                           United States Magistrate Judge