UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

CITY SELECT AUTO SALES, INC.,
a New Jersey corporation,
individually and as the
representative of a class
of similarly situated persons,

       Plaintiff,

v.

BMW BANK OF NORTH AMERICA
INC., et al.,

       Defendants.
_____

Civil No. 13-4595 (NLH/JS)

**ORDER**

    For the reasons set forth in the Opinion entered on this date,

    IT IS on this  29th  day of   September   2015,

    ORDERED that the motion [Doc. No. 65] filed by Plaintiff, City Select Auto Sales, Inc., for class certification be, and the same hereby is, DENIED; and it is further

    ORDERED that the motion [Doc. No. 66] for summary judgment filed by Defendants BMW Bank of North America, Inc. and BMW Financial Services NA, LLC be, and the same hereby is, DENIED; and it is further

    ORDERED that the motions [Doc. Nos. 89, 95] for leave to cite supplemental authority be, and the same hereby are, GRANTED; and it is further

ORDERED that the motion [Doc. No. 81] of Plaintiff to strike a submission by Defendant Creditsmarts Corp. (hereafter, "Creditsmarts") be, and the same hereby is, <u>GRANTED</u>; and it is further

ORDERED that Creditsmarts' "Joinder in and Agreement with the BMW Defendants' Motion for Summary Judgment" be, and the same hereby is, <u>STRICKEN</u>.

s/ Noel L. Hillman<br>
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey