UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 27, 2015
BCO-009

No. <u>15-8098</u>

CITY SELECT AUTO SALES INC,
a New Jersey Corporation, individually and as
the representative of a class similarly situated persons,
            Petitioner

v.

BMW BANK OF NORTH AMERICA, INC;
BMW FINANCIAL SERVICES NA, LLC;
CREDITSMARTS CORP, JOHN DOES 1-12;
            Respondents

(D.N.J. No. 1-13-cv-04595)

Present:  FUENTES, KRAUSE and SCIRICA, <u>Circuit Judges</u>

  1. Petition by Petitioner for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

  2. Response by Respondent Creditsmarts Corp In Opposition to Petitioner for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

  3. Response by Respondent BMW Financial Services LLC and BMW of North America In Opposition to Petitioner for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f).

            Respectfully,
            Clerk/pdb

_____ORDER_____
The foregoing petition for leave to appeal is granted.

  Within 10 days from the date of this order, petitioner is directed to pay the applicable filing and docketing fee in the United States District Court for the District of New Jersey.  Petitioner will provide notice to the Clerk of this Court that the filing and docketing fee has been paid.  Once notified, the Clerk is directed to transfer the matter to the general docket as an appeal.

      A briefing schedule will be issued at the appropriate time.  The current panel will consider the merits of the appeal as a special panel once briefing has been completed.

      By the Court,

      s/ Julio M. Fuentes
      Circuit Judge

Dated: December 1, 2015
PDB/cc: All Counsel of Record

A True Copy:

Marcia M. Waldron, Clerk