IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>BMW BANK OF NORTH AMERICA,<br>INC., et al.,<br><br>                     Defendants. | Civil No. 13-4595 (NLH/JS) |

**<u>ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE</u>**

Due to plaintiff's appeal that is presently pending before the Third Circuit Court of Appeals, and the fact that a District Court lacks the power to act while an appeal is pending except to maintain the status quo (<u>see</u> <u>The Sansom Committee v. Lynn</u>, 735 F.2d 1552, 1554 (3d Cir. 1984)), until further Order of the Court this matter is administratively terminated, without prejudice. Counsel shall promptly notify the Court when the subject appeal is decided.

                                        <u>s/ Joel Schneider</u>
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge

Dated: December 14, 2015

cc: Hon. Noel L. Hillman