IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>BMW BANK OF NORTH AMERICA,<br>INC., et al.,<br><br>                    Defendants. | Civil No. 13-4595 (NLH/JS) |

**AMENDED SCHEDULING ORDER**

IT IS this **17th** day of **August, 2017,** hereby **ORDERED:**

1.    The Court will conduct an in-person status conference on **September 21, 2017 at 11:30 a.m.**

2.    Prior to the conference, the parties shall meet and confer regarding the production of Creditsmart's database referred to in the Third Circuit's August 16, 2017 Opinion.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge