UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  15-3931
_____

CITY SELECT AUTO SALES INC., a New Jersey corporation,
individually and as the representative of a class similarly situated persons,

Appellant

v.

BMW BANK OF NORTH AMERICA INC.;
BMW FINANCIAL SERVICES NA LLC;
CREDITSMARTS CORP.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-13-cv-04595)
District Judge: Honorable Noel L. Hillman

_____

ARGUED: January 25, 2017

Before:  KRAUSE, SCIRICA, and FUENTES, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was argued on January 25, 2017.  On

consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered September 29, 2015, be, and the same is hereby VACATED and REMANDED. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron

Clerk

DATED:　　August 16, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** September 7, 2017

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**