```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>BMW BANK OF NORTH AMERICA,<br>INC., et al.,<br><br>     Defendants. | Civil No. 13-4595 (NLH/JS) |

## AMENDED SCHEDULING ORDER

  This Scheduling Order confirms the directives given to counsel during the status conference on September 21, 2017; and the Court noting the following appearances: David M. Oppenheim, Esquire, appearing on behalf of the plaintiff; and Ryan L. DiClemente, Esquire, Raymond A. Garcia, Esquire, and William Hayes, Esquire, appearing on behalf of defendants.

  IT IS this **21st** day of **September, 2017**, hereby **ORDERED**:

  1. By **September 26, 2017**, the parties shall submit a proposed revised Discovery Confidentiality Order to the Court.

  2. By **September 28, 2017**, Creditsmart's database shall be produced.

  3. By **November 15, 2017**, plaintiff's motion for class certification shall be filed.

  4. The Court will conduct a telephone status conference on **September 27, 2017 at 9:00 a.m. Plaintiff's counsel shall initiate the telephone conference.**

  **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                s/ Joel Schneider
                JOEL SCHNEIDER
                United States Magistrate Judge