

Alan C. Milstein, Esquire
Direct Dial 856.661.2078
Direct Fax 856.661.2068
amilstein@shermansilverstein.com

April 23, 2018

**VIA EFILE**
The Honorable Noel L. Hillman
United States District Court for the District of New Jersey
Mitchell H. Cohen United States Courthouse
1 John F. Gerry Plaza, Court Room: 3A
Fourth and Cooper Streets
Camden, New Jersey 08101

> RE: *City Select Auto Sales, Inc. v. BMW Bank of North America,. et al.*
> <u>Civil Action No. 13-cv-4595-NLH-JS</u>

Dear Judge Hillman:

    We represent plaintiff City Select Auto Sales, Inc. in the above-referenced action. We write, together with defendants BMW Bank of North America, Inc. and BMW Financial Services NA, LLC, in response to the Court's request for an update on the status of settlement efforts. (Dkt. No 142.) The parties have made significant progress in finalizing a detailed settlement term sheet, including settlement administration logistics. In order to finalize and execute the settlement term sheet as well as the formal settlement, and prepare a motion for preliminary approval, the parties joint request an additional 45-days to move for preliminary approval of the class-wide settlement.

    Thank you for your courtesies and consideration.

> Respectfully submitted,
>
> **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
> A Professional Corporation
>
> ALAN C. MILSTEIN

ACM/lmt
cc:    Ryan L. DiClemente, Esquire **VIA EFILE**
       Thomas J. Gaynor, Esquire– **VIA EFILE**

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

1833518.1   SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.