IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BMW BANK OF NORTH AMERICA, INC., BMW FINANCIAL SERVICES NA, LLC, CREDITSMARTS CORP., and JOHN DOES 1-12,<br><br>　　　　　　　　Defendant. | No. 13-cv-04595-NLH-JS |

## MOTION FOR PRELIMINARY APPROVAL OF
## CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Plaintiff, City Select Auto Sales, Inc. ("Plaintiff"), on behalf of itself and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests that the Court enter an order (1) preliminarily approving the parties' proposed class action Settlement Agreement (the "Agreement") attached to Plaintiff's supporting brief as Exhibit A, (2) approving the form of Class Notice attached as Exhibit 1 to the Agreement and its dissemination to the Settlement Class by fax and by mail to class members who cannot be reached by fax, and (3) setting dates for opt-outs, objections, and a fairness hearing to take place no sooner than 90 days after the government officials receive the notice CAFA requires (to be served by defense counsel no later than 10 days after this motion, which attaches the Agreement, is filed with the Court).

1

A proposed Preliminary Approval Order is attached as Exhibit 1 to the Agreement and will be submitted to the Court electronically. This motion is unopposed except with respect to whether claiming class members should have to provide IRS Form W-9 information on their claim form for a share of the settlement as discussed in the brief.

Plaintiffs have filed a brief in support of this motion.

                                              Respectfully submitted,

                                              CITY SELECT AUTO SALES, INC.,
                                              individually and as the representative
                                              of a class of similarly-situated persons,

                               By:    <u>/s/ Alan C. Milstein</u>

| | |
|---|---|
| Phillip A. Bock | Alan C. Milstein |
| Tod A. Lewis | SHERMAN, SILVERSTEIN, KOHL, |
| David M. Oppenheim | ROSE & PODOLSKY, P.A. |
| BOCK, HATCH, LEWIS & OPPENHEIM, LLC | East Gate Corporate Center |
| 134 N. La Salle St., Ste. 1000 | 308 Harper Dr., Ste. 200 |
| Chicago, IL 60602 | Moorestown, N 08057 |
| Telephone: 312-658-5500 | Telephone: 856/662-0700 |

<u>**CERTIFICATE OF E-FILING AND SERVICE**</u>

I hereby certify that on February 20, 2019, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                              <u>/s/ Alan C. Milstein</u>