# EXHIBIT C

## Bock Law Firm, LLC

134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500

Statement as of December 2, 2019

2558-005    City Select Auto Sales Inc. v BMW Bank of North America, Inc. BMW, Financial Services NA, LLC, Alphera Financial Services, Inc. Creditsmarts Corp.

**Expenses**

| Date | Description | Units | Price | Amount |
|---|---|---|---|---|
| 11/7/2007 | Photocopies | 7.00 @ | 0.10 | 0.70 |
| 7/24/2013 | New Jersey Business Services - Other Records Acquisition | 1.00 @ | 6.25 | 6.25 |
| 8/28/2013 | Photocopies | 2.00 @ | 0.10 | 0.20 |
| 10/28/2013 | Photocopies | 10.00 @ | 0.10 | 1.00 |
| 10/31/2013 | Pacer Charges | 1.00 @ | 5.80 | 5.80 |
| 11/14/2013 | Clerk, U.S. District Court - Filing Fees- pro hac vice (JBP) | 1.00 @ | 150.00 | 150.00 |
| 11/15/2013 | Postage | 1.00 @ | 0.46 | 0.46 |
| 11/15/2013 | Postage | 1.00 @ | 0.46 | 0.46 |
| 11/30/2013 | Pacer Charges | 1.00 @ | 15.30 | 15.30 |
| 12/31/2013 | Pacer Charges | 1.00 @ | 1.00 | 1.00 |
| 1/2/2014 | Postage | 1.00 @ | 0.46 | 0.46 |
| 1/2/2014 | Postage | 1.00 @ | 0.46 | 0.46 |
| 1/2/2014 | Postage | 1.00 @ | 0.46 | 0.46 |
| 1/13/2014 | Jonathan B. Piper - Reimburse JBP for Attorney Travel Expenses for 1/7-1/8/14 trip (airfare $585.80, hotel $273.27, meals $76.39, ground transportation $153.30) | 1.00 @ | 1,088.76 | 1,088.76 |
| 1/16/2014 | Postage | 1.00 @ | 0.66 | 0.66 |
| 1/16/2014 | Postage | 1.00 @ | 2.72 | 2.72 |
| 1/16/2014 | Postage | 1.00 @ | 0.66 | 0.66 |
| 1/16/2014 | Postage | 1.00 @ | 2.72 | 2.72 |
| 1/16/2014 | Postage | 1.00 @ | 2.72 | 2.72 |
| 1/16/2014 | Postage | 1.00 @ | 2.72 | 2.72 |
| 1/16/2014 | Postage | 1.00 @ | 0.66 | 0.66 |

**Bock Law Firm, LLC**  Page: 2

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1/16/2014 | Postage | 1.00 @ | 2.72 | 2.72 |
| 1/16/2014 | Postage | 1.00 @ | 0.66 | 0.66 |
| 1/16/2014 | Postage | 1.00 @ | 0.66 | 0.66 |
| 1/31/2014 | Pacer Charges | 1.00 @ | 8.80 | 8.80 |
| 2/6/2014 | Photocopies | 9.00 @ | 0.10 | 0.90 |
| 3/4/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/4/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/4/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/4/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/12/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/12/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/12/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/12/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 3/21/2014 | Jonathan B. Piper - Reimburse Jonathan Piper for Attorney Travel Expenses for 3/15-3/19 trip (airfare $325.00, hotel $113.08, meals $13.24, ground transportation $96.46) | 1.00 @ | 547.78 | 547.78 |
| 3/24/2014 | Photocopies | 7.00 @ | 0.10 | 0.70 |
| 3/28/2014 | Patterson Reporting - Court Reporter/Transcript Expense | 1.00 @ | 1,774.16 | 1,774.16 |
| 4/4/2014 | Jonathan B. Piper - Reimburse Jonathan Piper for Attorney Travel Expenses; Pellegrini deposition on 3/31/14 (airfare $614.00, hotel $223.34, ground transportation $163.60, meals $61.52) | 1.00 @ | 1,062.46 | 1,062.46 |
| 4/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 4/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 4/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 4/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 4/30/2014 | Pacer Charges | 1.00 @ | 2.10 | 2.10 |
| 5/5/2014 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 4/29-4/30 trip for deposition (airfare $318.00, hotel $163.33, meals $44.15, ground transportation $152.24) | 1.00 @ | 677.72 | 677.72 |
| 5/5/2014 | Postage | 1.00 @ | 0.48 | 0.48 |

**Bock Law Firm, LLC**                                                                                                          Page: 3

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 5/5/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/5/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/5/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/6/2014 | Photocopies | 3.00 @ | 0.10 | 0.30 |
| 5/9/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 5/9/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 5/9/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 5/9/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 5/15/2014 | Anderson Reporting Services, Inc. - Court Reporter/Transcript Expense | 1.00 @ | 1,512.25 | 1,512.25 |
| 5/15/2014 | Alex Gomez - Witness Fee | 1.00 @ | 50.00 | 50.00 |
| 5/15/2014 | Postage | 1.00 @ | 1.40 | 1.40 |
| 5/21/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/21/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/21/2014 | Photocopies | 9.00 @ | 0.10 | 0.90 |
| 5/21/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/21/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/23/2014 | Veritext - Court Reporter/Transcript Expense | 1.00 @ | 326.65 | 326.65 |
| 5/23/2014 | Jaime Magpuri - Witness Fee | 1.00 @ | 50.00 | 50.00 |
| 5/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 5/27/2014 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 5/18-5/20 trip (airfare $707.00, hotel $283.37, ground transportation $312.16, meals $104.57) | 1.00 @ | 1,407.10 | 1,407.10 |
| 5/27/2014 | Photocopies | 2.00 @ | 0.10 | 0.20 |
| 5/31/2014 | Westlaw research charges | 1.00 @ | 2.10 | 2.10 |
| 6/2/2014 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 5/26-5/27/14 trip for deposition in San Jose (airfare $894, hotel $118.67, ground transportation $147.38, meals $38.52) | 1.00 @ | 1,198.57 | 1,198.57 |
| 6/2/2014 | Photocopies | 1.00 @ | 0.10 | 0.10 |
| 6/5/2014 | Photocopies | 3.00 @ | 0.10 | 0.30 |

**Bock Law Firm, LLC** Page: 4

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 6/6/2014 | Guaranteed Subpoena Service, Inc. - Service of Process | 1.00 @ | 119.95 | 119.95 |
| 6/6/2014 | Hutchings Court Reporters, LLC - Court Reporter/Transcript Expense (Gomez dep.) | 1.00 @ | 553.95 | 553.95 |
| 6/9/2014 | It's Your Serve - Service of Process | 1.00 @ | 95.00 | 95.00 |
| 6/11/2014 | Landi Court Reporters - Court Reporter/Transcript Expense (Magpuri deposition) | 1.00 @ | 166.80 | 166.80 |
| 6/11/2014 | Photocopies | 164.00 @ | 0.10 | 16.40 |
| 6/13/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/13/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 6/13/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 6/13/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 6/13/2014 | Postage | 1.00 @ | 0.69 | 0.69 |
| 6/17/2014 | Guaranteed Subpoena Service, Inc. - Service of Process | 1.00 @ | 119.95 | 119.95 |
| 6/18/2014 | Photocopies | 5.00 @ | 0.10 | 0.50 |
| 6/18/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/23/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/25/2014 | Postage | 1.00 @ | 1.82 | 1.82 |
| 6/25/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/25/2014 | Postage | 1.00 @ | 1.82 | 1.82 |
| 6/25/2014 | Postage | 1.00 @ | 1.82 | 1.82 |
| 6/25/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 6/25/2014 | Postage | 1.00 @ | 1.82 | 1.82 |
| 6/27/2014 | It's Your Serve - Service of Process | 1.00 @ | 95.00 | 95.00 |
| 6/30/2014 | Pacer Charges | 1.00 @ | 0.80 | 0.80 |
| 6/30/2014 | Westlaw research charges | 1.00 @ | 7.24 | 7.24 |
| 7/2/2014 | Guaranteed Subpoena Service, Inc. - Service of | 1.00 @ | 174.95 | 174.95 |

**Bock Law Firm, LLC** Page: 5

|  |  |  |  |  |
|---|---|---|---|---|
|  | Process |  |  |  |
| 7/11/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 7/14/2014 | Guaranteed Subpoena Service, Inc. - Service of Process | 1.00 @ | 119.95 | 119.95 |
| 7/16/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 8/14/2014 | Landi Court Reporters - Court Reporter/Transcript Expense | 1.00 @ | 353.80 | 353.80 |
| 8/18/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 8/31/2014 | Pacer Charges | 1.00 @ | 3.50 | 3.50 |
| 9/30/2014 | Westlaw research charges | 1.00 @ | 46.21 | 46.21 |
| 10/15/2014 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 9/30-10/4/14 trip to New York (airfare $256.20, hotels $905.79, ground transportation $221.00, meals $193.11) | 1.00 @ | 1,576.10 | 1,576.10 |
| 10/31/2014 | Pacer Charges | 1.00 @ | 1.90 | 1.90 |
| 10/31/2014 | Westlaw research charges | 1.00 @ | 36.70 | 36.70 |
| 11/30/2014 | Pacer Charges | 1.00 @ | 2.40 | 2.40 |
| 11/30/2014 | Westlaw research charges | 1.00 @ | 114.94 | 114.94 |
| 12/17/2014 | Blank Rome LLP - Mediation (Stephen M. Orlofsky, mediator) | 1.00 @ | 9,378.44 | 9,378.44 |
| 12/22/2014 | Postage | 1.00 @ | 0.48 | 0.48 |
| 12/31/2014 | Pacer Charges | 1.00 @ | 5.70 | 5.70 |
| 12/31/2014 | Westlaw research charges | 1.00 @ | 81.35 | 81.35 |
| 1/21/2015 | Photocopies | 15.00 @ | 0.10 | 1.50 |
| 1/31/2015 | Pacer Charges | 1.00 @ | 3.70 | 3.70 |
| 2/23/2015 | Photocopies | 23.00 @ | 0.10 | 2.30 |
| 2/23/2015 | Jonathan B. Piper - Reimbursement of Jonathan Piper for Attorney Travel Expenses; 2/18-2/19 trip (airfare $590.20, hotel $224.83, ground transportation $168.80, meals $220.61) | 1.00 @ | 1,204.44 | 1,204.44 |
| 3/23/2015 | Photocopies | 5.00 @ | 0.10 | 0.50 |
| 9/4/2015 | Guaranteed Subpoena Service, Inc. - Service of Process | 1.00 @ | 146.04 | 146.04 |
| 10/13/2015 | Postage | 1.00 @ | 2.96 | 2.96 |

**Bock Law Firm, LLC**                                                                                                                Page:  6

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/13/2015 | Postage | 1.00 @ | 2.96 | 2.96 |
| 10/13/2015 | Postage | 1.00 @ | 2.96 | 2.96 |
| 12/7/2015 | USDC-IL-S - Filing Fees | 1.00 @ | 505.00 | 505.00 |
| 12/8/2015 | Postage | 1.00 @ | 1.47 | 1.47 |
| 3/22/2016 | FedEx - Binding | 1.00 @ | 56.64 | 56.64 |
| 3/25/2016 | FedEx - Binding | 1.00 @ | 58.03 | 58.03 |
| 3/28/2016 | Postage | 1.00 @ | 23.90 | 23.90 |
| 3/28/2016 | Postage | 1.00 @ | 30.05 | 30.05 |
| 3/28/2016 | Postage | 1.00 @ | 23.90 | 23.90 |
| 3/30/2016 | Postage | 1.00 @ | 25.37 | 25.37 |
| 6/21/2016 | Postage | 1.00 @ | 48.90 | 48.90 |
| 1/10/2017 | Westlaw research charges | 1.00 @ | 38.94 | 38.94 |
| 1/25/2017 | FedEx - Federal Express Delivery | 1.00 @ | 3.37 | 3.37 |
| 1/25/2017 | Reimbursement of Phillip Bock for 1-25-17 travel to USCA Oral Argument (airfare $136.20, hotel $263.33, ground transportation $82.14, meals $14.30) | 1.00 @ | 495.97 | 495.97 |
| 1/31/2017 | Pacer Charges | 1.00 @ | 7.60 | 7.60 |
| 2/24/2017 | Westlaw research charges | 1.00 @ | 0.86 | 0.86 |
| 2/28/2017 | Pacer Charges | 1.00 @ | 0.90 | 0.90 |
| 4/14/2017 | Veritext  - Court Reporter/Transcript Expense | 1.00 @ | 342.01 | 342.01 |
| 4/14/2017 | NJ Lawyers Fund for Client Protection - Filing Fees | 1.00 @ | 252.00 | 252.00 |
| 4/18/2017 | Westlaw research charges | 1.00 @ | 12.54 | 12.54 |
| 9/29/2017 | David Oppenheim - Reimbursement of David Oppenheim fo rAttorney Travel Expenses; travel for 9-21-17 Status Hearing (airfare $307.20, hotel $270.76, ground transportation $83.51, meals $183.00) | 1.00 @ | 844.47 | 844.47 |
| 9/30/2017 | Pacer Charges | 1.00 @ | 3.50 | 3.50 |
| 10/19/2017 | Clerk, United States District Court - Court Filing Fees - DMO PHV | 1.00 @ | 150.00 | 150.00 |
| 10/31/2017 | Westlaw research charges | 1.00 @ | 213.50 | 213.50 |
| 11/13/2017 | Photocopies | 398.00 @ | 0.10 | 39.80 |

**Bock Law Firm, LLC**  Page: 7

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/14/2017 | Photocopies | 4.00 @ | 0.10 | 0.40 |
| 11/15/2017 | Photocopies | 4.00 @ | 0.10 | 0.40 |
| 11/16/2017 | Photocopies | 13.00 @ | 0.10 | 1.30 |
| 11/16/2017 | Westlaw research charges | 1.00 @ | 55.35 | 55.35 |
| 11/20/2017 | Photocopies | 7.00 @ | 0.10 | 0.70 |
| 11/30/2017 | Pacer Charges | 1.00 @ | 2.80 | 2.80 |
| 1/31/2018 | Pacer Charges | 1.00 @ | 0.10 | 0.10 |
| 1/31/2018 | Pacer Charges | 1.00 @ | 3.30 | 3.30 |
| 1/31/2018 | Pacer Charges | 1.00 @ | 4.60 | 4.60 |
| 1/31/2018 | Pacer Charges | 1.00 @ | 3.40 | 3.40 |
| 2/5/2018 | New Jersey Lawyers' Fund for Client Protection - Filing Fees - PAB | 1.00 @ | 106.00 | 106.00 |
| 2/5/2018 | FedEx - Binding | 1.00 @ | 6.49 | 6.49 |
| 2/8/2018 | FedEx - Federal Express Delivery | 1.00 @ | 26.98 | 26.98 |
| 2/14/2018 | JAMS, Inc. - Mediation | 1.00 @ | 4,750.00 | 4,750.00 |
| 2/16/2018 | Daniel Cohen - Reimbursement for Attorney Travel Expenses; February 13-16, 2018 mediation (airfare $449.96, ground transportation $214.28, meals $228.47) | 1.00 @ | 892.71 | 892.71 |
| 2/21/2018 | FedEx - Binding | 1.00 @ | 6.49 | 6.49 |
| 2/21/2018 | FedEx - Binding | 1.00 @ | 6.82 | 6.82 |
| 2/22/2018 | Clerk, United States District Court - Court Filing Fees - PAB District of New Jersey Attorney Admission fee | 1.00 @ | 150.00 | 150.00 |
| 2/26/2018 | New Jersey Lawyers' Fund for Client Protection - Filing Fees | 1.00 @ | 70.67 | 70.67 |
| 3/1/2018 | David Oppenheim - Attorney Travel Expenses - DMO reimbursement for 2-14-18 mediation in Chicago, IL | 1.00 @ | 42.00 | 42.00 |
| 3/8/2018 | JAMS, Inc. - Mediation | 1.00 @ | 445.13 | 445.13 |
| 3/31/2018 | Westlaw research charges | 1.00 @ | 23.77 | 23.77 |
| 5/31/2018 | Pacer Charges | 1.00 @ | 0.30 | 0.30 |
| 6/30/2018 | Pacer Charges | 1.00 @ | 0.10 | 0.10 |
| 11/30/2018 | Westlaw research charges | 1.00 @ | 54.14 | 54.14 |

**Bock Law Firm, LLC**                                                                                             Page:  8

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 2/26/2019 | New Jersey Lawyers' Fund for Client Protection - Filing Fees | 1.00 @ | 212.00 | 212.00 |
| 2/28/2019 | Westlaw research charges | 1.00 @ | 23.34 | 23.34 |
| 12/1/2019 | American Airlines - Air Travel - Phillip Bock's airfare to December 15, 2019 hearing | 1.00 @ | 418.29 | 418.29 |
| 12/1/2019 | Attorney Travel Expenses - David Oppenheim's travel to December 15, 2019 hearing | 1.00 @ | 1,050.00 | 1,050.00 |

Sub-total Expenses:            35,917.01

Total Current Billing:            35,917.01
Total Payments:            0.00

**Total Now Due:            35,917.01**