UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: CAMDEN

JUDGE NOEL L. HILLMAN
Court Reporter: Robert T. Tate

December 16, 2019
Proceeding Date:

Title of Case:                                    CIVIL # 13-4595 (NLH)(KMW)

CITY SELECT AUTO SALES, INC.
    Plaintiff,
  v.

BMW BANK OF NORTH AMERICA, INC., et al.
    Defendants.

Appearances:
Alan Milstein, Phillip A. Bock, Esq. for Plaintiff.
Ryan L. DiClemente, Raymond Garcia, Thomas J. Gaynor, Esqs. for Defendants.

Nature of Proceedings:        MOTION HEARING
Hearing on Plaintiff's [165] MOTION for Settlement (Final Approval of Class Action Settlement) by CITY SELECT AUTO SALES, INC.;
Plaintiff counsel to submit supplemental brief.
Order to be entered.

Time Commenced 3:49 p.m.
Time Adjourned 4:36 p.m.
Total Time: 45 min.

                                                          s/GN
                                                          Deputy Clerk